AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*         DISTRICT OF   NEVADA

In Re the Complaint of ACTION MOTOR SPORTS OF TAHOE, as Owner of the 2003 Bombardier Seadoo bearing Hull ID Number ZZN25443D404, for Exoneration From or Limitation of Liability,

      Petitioner.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:06-cv-00081-BES-VPC**

.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** this action is DISMISSED without prejudice for want of prosecution.

  April 3, 2009                                **LANCE S. WILSON**
                                                       Clerk

                                                      /s/ D. R. Morgan
                                                      Deputy Clerk